JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE J. ORDAZ, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), v. | EDCV14-02246-JVS (DTB) |
| NORCO CRC, | **JUDGMENT** |
| DEFENDANT(S). | **(Failure to Pay Full Filing Fee)** |

On November 10, 2014, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated January 26, 2015, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

March 19, 2015
Date

_____
United States District Judge

Presented by:

_____
United States Magistrate Judge